Sack *v.* Feinman, Appellant.

Argued November 8, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

602

*Harry R. Kozart*, with him *Weissman, Kozart & Criden*, for appellant.

*Fred Lowenschuss*, for appellee.

OPINION PER CURIAM, December 20, 1971:

Decree affirmed. Appellant to pay costs.

Mr. Chief Justice BELL and Mr. Justice BARBIERI took no part in the consideration or decision of this case.